UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

D'ARRIGO BROS. CO. OF NEW YORK, INC.,

                Plaintiff,

   -against-                               CASE NUMBER:

EDDIE SHORE,

                Defendant.
_____

     Pursuant to Rule 7 of the Local Rules of the U.S. District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **Plaintiff** (A private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

**NONE**

Date:  Westbury, New York
        April 30, 2007

                                              KREINCES & ROSENBERG, P.C.

                                              By: _____
                                                  LEONARD KREINCES (LK/6524)
                                                  Attorneys for Plaintiff
                                                  900 Merchants Concourse, Suite 305
                                                  Westbury, New York 11590
                                                  (516) 227-6500

Z:\kreinces1\WORK\HUNTSPOINT\D'Arrigo Bros\EddieShore\Rule 7.frm