AO 440 (Rev. 10/93) Summons in a Civil Action     **RETURN OF SERVICE**

SERVICE OF: SUMMONS, AMENDED COMPLAINT, COPY OF THE JUDGE'S RULES, USDC/SDNY INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, USDC/SDNY PROCEDURES FOR ELECTRONIC CASE FILING, USDC/SDNY GUIDELINES FOR ELECTRONIC CASE FILING

EFFECTED (1) BY ME: LUIZA DYMITRYSZYN
TITLE: PROCESS SERVER    DATE: 06/22/2007 05:52PM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

DOUGLAS BOTNICK

Place where served:

10 GRANT ST.  SOUTH RIVER NJ 08882

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

ALBA BOTNICK

Relationship to defendant: SISTER-IN-LAW

Description of person accepting service:

SEX: F   AGE: 36-50   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

FILED
Stamped copy will
arrive shortly

**STATEMENT OF SERVER**

TRAVEL $ _____    SERVICES $ _____    TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 06/22/2007

SIGNATURE OF LUIZA DYMITRYSZYN
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

06/22/07
JACKELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec 7, 2010

ATTORNEY: LEONARD KREINCES, ESQ.
PLAINTIFF: D'ARRIGO BROS. CO. OF NY
DEFENDANT: EDDIE SHORE INC. DBA BOTNICK PRODUCE, ET AL
VENUE: DISTRICT OF NY
DOCKET: 07 CV 3604 (LBS/DFE)

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action    RETURN OF SERVICE

SERVICE OF: SUMMONS, AMENDED COMPLAINT, COPY OF THE JUDGE'S RULES, USDC/SDNY INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, USDC/SDNY PROCEDURES FOR ELECTRONIC CASE FILING, USDC/SDNY GUIDELINES FOR ELECTRONIC CASE FILING
EFFECTED (1) BY ME: LUIZA DYMITRYSZYN
TITLE: PROCESS SERVER    DATE: 06/22/2007 05:55PM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

EDDIE SHORE DBA BOTNICK PRODUCE

Place where served:

0 GRANT ST. SOUTH RIVER NJ 08882

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

ALBA BOTNICK

Relationship to defendant: SISTER-IN-LAW

Description of person accepting service:

SEX: F   AGE: 36-50   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

FILED
Stamped copy will
arrive shortly

STATEMENT OF SERVER

TRAVEL $ ____.__    SERVICES $ ____.__    TOTAL $ ____.__

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 06/22/2007
_____ L.S.
SIGNATURE OF LUIZA DYMITRYSZYN
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

06/22/07
JACKELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 7 ____

ATTORNEY: LEONARD KREINCES, ESQ.
PLAINTIFF: D'ARRIGO BROS. CO. OF NY
DEFENDANT: EDDIE SHORE INC. DBA BOTNICK PRODUCE, ET AL
VENUE: DISTRICT OF NY
DOCKET: 07 CV 3604 (LBS/DFE)

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action    RETURN OF SERVICE

SERVICE OF: SUMMONS, AMENDED COMPLAINT, COPY OF THE JUDGE'S RULES, USDC/SDNY INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, USDC/SDNY PROCEDURES FOR ELECTRONIC CASE FILING, USDC/SDNY GUIDELINES FOR ELECTRONIC CASE FILING
EFFECTED (1) BY ME: LUIZA DYMITRYSZYN
TITLE: PROCESS SERVER    DATE: 06/22/2007 05:53PM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

STEPHEN BOTNICK

Place where served:

10 GRANT ST. SOUTH RIVER NJ 08882

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing herein. Name of person with whom the summons and complaint were left:

ALBA BOTNICK

Relationship to defendant: WIFE

Description of person accepting service:

SEX: F__ AGE: 36-50 HEIGHT: 5'4"-5'8" WEIGHT: 131-160 LBS. SKIN: WHITE HAIR: BROWN OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

FILED
Stamped copy will
arrive shortly

STATEMENT OF SERVER

TRAVEL $ ____.____    SERVICES $ ____.____    TOTAL $ ____.____

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 06/22/2007    SIGNATURE OF LUIZA DYMITRYSZYN   L.S.
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

06/22/07
JACKELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
Commission Expires Dec. 7, 2010

ATTORNEY: LEONARD KREINCES, ESQ.
PLAINTIFF: D'ARRIGO BROS. CO. OF NY
DEFENDANT: EDDIE SHORE INC. DBA BOTNICK PRODUCE, ET AL
VENUE: DISTRICT OF NY
DOCKET: 07 CV 3604 (LBS/DFE)

) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.