# D'ARRIGO BROS. CO. of New York, Inc.

ESTABLISHED 1948

FRESH FRUIT AND VEGETABLES

RECEIVERS AND DISTRIBUTORS OF

315 NEW YORK CITY TERMINAL MARKET, BRONX, NEW YORK 10474-7402 · TELEPHONE (718) 991-5900 · FAX (718) 842-8644

INVOICE # 164620

**SOLD TO:**
EDDIE SHORE
P O BOX 503
SOUTH RIVER, NJ 08882

TERMS: NET 10 DAYS

| CUSTOMER NO. | DATE | PAGE |
|---|---|---|
| ESHOR | 09/14/06 | 1 |

POSITIVELY NO ALLOWANCES UNLESS AUTHORIZED BY SALESMEN

| REFERENCE | DATE | SIZE | QUANTITY | DESCRIPTION | PRICE | EXTENSION AMT. | CUST. P.O. # | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|
| 12627 | 09/11 | · | 20 | CARRAGE | 12.00 | 240.00 | | |
| 12627 | 09/11 | · | 10 | STRAWBERRIES | 24.00 | 240.00 | | |
| 12627 | 09/11 | 8/1 | 4 | GREEN BEANS | 28.00 | 112.00 | | |
| 12627 | 09/11 | NYS | 4 | YELLOW CORN | 15.00 | 60.00 | | |
| 12628 | 09/11 | · | 1 | DILL | 20.00 | 20.00 | | |
| 12628 | 09/11 | · | 40 | MESCLUN SALAD | 7.00 | 280.00 | | |
| 12628 | 09/11 | · | 1 | SALAD SAVOY | 24.00 | 24.00 | | |
| 12628 | 09/11 | · | 25 | WRAPPED LETTUCE | 22.00 | 550.00 | | |
| 83917 | 09/11 | · | 20 | ROMAINE | 14.00 | 280.00 | | |
| 83917 | 09/11 | · | 12 | HEARTS ROMAINE | 18.00 | 216.00 | | |
| 83917 | 09/11 | 5 | 20 | HONEYDEWS | 14.00 | 280.00 | | |
| 83918 | 09/11 | · | 1 | CELLO CARROTS | 14.00 | 14.00 | | |
| 83918 | 09/11 | 5X6 | 17 | 25L3 TOMATOS | 18.00 | 306.00 | | |
| 85084 | 09/12 | | 5 | RAPPINI | 45.00 | 225.00 | | 225.00 |
| 11759 | 09/08 | · | 4 | YELLOW CORN | 15.00 | 60.00 | | |
| 11759 | 09/08 | · | 1 | SALAD SAVOY | 24.00 | 24.00 | | |
| 11759 | 09/08 | · | 2 | HH ENGLISH CUKES | 16.00 | 32.00 | | |
| 11759 | 09/08 | · | 2 | BLACKBERRIES | 33.00 | 66.00 | | |
| 11760 | 09/08 | · | 2 | BOC CHOY | 16.00 | 32.00 | | |
| 11760 | 09/08 | 4/1 | 6 | STEM STRAW | 18.00 | 108.00 | | |
| 82680 | 09/08 | · | 30 | SPANISH ONION | 15.00 | 450.00 | | |
| 82680 | 09/08 | · | 30 | MEDIUM RED ONION | 7.00 | 210.00 | | |
| 82680 | 09/08 | 3 | 3 | 40LB SWEET POTATOES | 13.00 | 39.00 | | 2622.00 |

PAY THIS AMOUNT $

# D'ARRIGO BROS. CO.

315 NEW YORK CITY TERMINAL MARKET, BRONX, NEW YORK 10474-7402
TELEPHONE (718) 991-5900

| CUSTOMER | DATE | |
|---|---|---|
| ESHOR | 09/14/06 | 164620 |

**CUSTOMER**
EDDIE SHORE
P O BOX 503
SOUTH RIVER, NJ 08882

DETACH AND RETURN THIS PORTION OF YOUR STATEMENT

| REFERENCE | DATE | QUANTITY | PRICE | DAY TOTAL |
|---|---|---|---|---|
| 1112627 | 09/11 | 20 | 12.00 | |
| 1112627 | 09/11 | 10 | 24.00 | |
| 1112627 | 09/11 | 4 | 28.00 | |
| 1112627 | 09/11 | 4 | 15.00 | |
| 1112628 | 09/11 | 1 | 20.00 | |
| 1112628 | 09/11 | 40 | 7.00 | |
| 1112628 | 09/11 | 1 | 24.00 | |
| 1112628 | 09/11 | 25 | 22.00 | |
| 7183917 | 09/11 | 20 | 14.00 | |
| 7183917 | 09/11 | 12 | 18.00 | |
| 7183917 | 09/11 | 20 | 14.00 | |
| 7183918 | 09/11 | 1 | 14.00 | |
| 7183918 | 09/11 | 17 | 18.00 | |
| 7185084 | 09/12 | 5 | 45.00 | 225.00 |
| 1111759 | 09/08 | 4 | 15.00 | |
| 1111759 | 09/08 | 1 | 24.00 | |
| 1111759 | 09/08 | 2 | 16.00 | |
| 1111759 | 09/08 | 2 | 33.00 | |
| 1111760 | 09/08 | 2 | 16.00 | |
| 1111760 | 09/08 | 6 | 18.00 | |
| 7182680 | 09/08 | 30 | 15.00 | |
| 7182680 | 09/08 | 30 | 7.00 | |
| 7182680 | 09/08 | 3 | 13.00 | 2622.00 |

TERMS: NET 10 DAYS — RETURN WITH PAYMENT

PAY THIS AMOUNT $

NOTICE: "The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the endorsement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

# D'ARRIGO BROS. CO. of New York, Inc. ESTABLISHED 1948

### RECEIVERS AND DISTRIBUTORS OF FRESH FRUIT AND VEGETABLES

315 NEW YORK CITY TERMINAL MARKET, BRONX, NEW YORK 10474-7402 • TELEPHONE (718) 991-5693 • FAX (718) 960-0544

**INVOICE # 164620**

**ANDY BOY (BRAND)**

| SOLD TO |
|---|
| EDDIE SHORE |
| P O BOX 503 |
| SOUTH RIVER, NJ 08882 |

**TERMS: NET 10 DAYS**

**CUSTOMER NO.** ESHOR
**DATE** 05/14/06
**PAGE** 2

POSITIVELY NO ALLOWANCES
UNLESS AUTHORIZED
BY SALESMEN

| REFERENCE | DATE | SIZE | QUANTITY | DESCRIPTION | PRICE | EXTENSION AMT. | CUST. P.O. # | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|
| 82680 | 09/08 | 70 | 7 | RUSSET POTATOES | 15.00 | 105.00 | | |
| 82681 | 09/08 | 14 | 24 | BROCCOLI | 14.00 | 336.00 | | |
| 82681 | 09/08 | . | 1 | BUNCH SPINACH | 20.00 | 20.00 | | |
| 82681 | 09/08 | . | 5 | GREEN LEAF | 15.00 | 75.00 | | |
| 82681 | 09/08 | . | 20 | WRAPPED LETTUCE | 20.00 | 400.00 | | |
| 82682 | 09/08 | . | 2 | RAPPINI | 45.00 | 90.00 | | |
| 82682 | 09/08 | . | 30 | #2 RUSSETS | 12.50 | 375.00 | | |
| 82683 | 09/08 | . | 6 | RED B BAG | 20.00 | 120.00 | | 2542.00 |

**PAY THIS AMOUNT $ 5,389.00**

NOTICE: "The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

---

# D'ARRIGO BROS. CO.

315 NEW YORK CITY TERMINAL MARKET
BRONX, NEW YORK 10474-7402
TELEPHONE (718) 991-5900

**CUSTOMER NO.** ESHOR
**DATE** 09/14/06
164620

| CUSTOMER |
|---|
| EDDIE SHORE |
| P O BOX 503 |
| SOUTH RIVER, NJ 08882 |

**DETACH AND RETURN THIS PORTION OF YOUR STATEMENT**

| REFERENCE | DATE | QUANTITY | PRICE | DAY TOTAL |
|---|---|---|---|---|
| 7182680 | 09/08 | 7 | 15.00 | |
| 7182681 | 09/08 | 24 | 14.00 | |
| 7182681 | 09/08 | 1 | 20.00 | |
| 7182681 | 09/08 | 5 | 15.00 | |
| 7182681 | 09/08 | 20 | 20.00 | |
| 7182682 | 09/08 | 2 | 45.00 | |
| 7182682 | 09/08 | 30 | 12.50 | |
| 7182683 | 09/08 | 6 | 20.00 | 2542.00 |

**TERMS: NET 10 DAYS** ⟶
**RETURN WITH PAYMENT**

**$ 5,389.00**

# D'ARRIGO BROS. CO. of New York, Inc.

**RECEIVERS AND DISTRIBUTORS OF FRESH FRUIT AND VEGETABLES**

ESTABLISHED 1948

315 NEW YORK CITY TERMINAL MARKET, BRONX, NEW YORK 10474-7402 • TELEPHONE (718) 991-5900 • FAX (718) 991-5944

ANDY BOY (BRAND)

INVOICE # 165466

**SOLD TO:**
EDDIE SHORE
P O BOX 503
SOUTH RIVER, NJ 08882

TERMS: NET 10 DAYS

| CUSTOMER NO. | DATE | PAGE |
|---|---|---|
| ESHOR | 09/21/06 | 1 |

POSITIVELY NO ALLOWANCES UNLESS AUTHORIZED BY SALESMEN

| REFERENCE | DATE | SIZE | QUANTITY | DESCRIPTION | PRICE | EXTENSION AMT. | CUST. P.O. # | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|
| 15/24 | 09/15 | | 3 | BABY ARRUGULA | 20.00 | 60.00 | | |
| 15/24 | 09/15 | MED | 10 | GREEN SQUASH | 14.00 | 140.00 | | |
| 15/4 | 09/15 | . | 1 | GREEN HOT PEPPERS | 12.00 | 12.00 | | |
| 15/4 | 09/15 | . | 5 | LONG HOT PEPPERS | 30.00 | 150.00 | | |
| 15/5 | 09/15 | B | 2 | RED POTATOES | 32.00 | 64.00 | | |
| 88045 | 09/15 | | 25 | WRAPPED LETTUCE | 16.00 | 400.00 | | |
| 88045 | 09/15 | 14 | 16 | BROCCOLI | 13.00 | 208.00 | | |
| 88045 | 09/15 | | 30 | MEDIUM RED ONION | 6.50 | 195.00 | | |
| 88045 | 09/15 | 90 | 42 | RUSSET POTATOES | 13.00 | 546.00 | | |
| 88045 | 09/15 | . | 5 | RED A BAG | 10.00 | 50.00 | | |
| 88046 | 09/15 | . | 4 | RAPPINI | 45.00 | 180.00 | | 2005.00 |
| 1601 | 09/18 | . | 5 | GREEN BEANS | 32.00 | 160.00 | | |
| 1601 | 09/18 | . | 5 | PLUM TOMATOES | 40.00 | 200.00 | | |
| 47204 | 09/18 | BAG | 10 | BAG CRIMSON SDLS | 18.00 | 180.00 | | |
| 8813 | 09/18 | | 20 | ROMAINE | 14.00 | 280.00 | | |
| 8813 | 09/18 | | 1 | 5LB IDAHO | 15.00 | 15.00 | | |
| 89343 | 09/18 | 4X5 | 10 | VINE RIPE TOMATOE | 35.00 | 350.00 | | |
| 89343 | 09/18 | | 25 | WRAPPED LETTUCE | 15.00 | 375.00 | | 1560.00 |

| PAY THIS AMOUNT |
|---|
| $ 3,565.00 |

---

DETACH AND RETURN THIS PORTION OF YOUR STATEMENT

# D'ARRIGO BROS. CO.

315 NEW YORK CITY TERMINAL MARKET
BRONX, NEW YORK 10474-7402
TELEPHONE (718) 991-5900

**CUSTOMER**
EDDIE SHORE
P O BOX 503
SOUTH RIVER, NJ 08882

| CUSTOMER NO. | DATE | |
|---|---|---|
| ESHOR | 09/21/06 | 165466 |

| REFERENCE | DATE | QUANTITY | PRICE | DAY TOTAL |
|---|---|---|---|---|
| 1115554 | 09/15 | 3 | 20.00 | |
| 1115554 | 09/15 | 10 | 14.00 | |
| 1115554 | 09/15 | 1 | 12.00 | |
| 1115554 | 09/15 | 5 | 30.00 | |
| 1115555 | 09/15 | 2 | 32.00 | |
| 7189045 | 09/15 | 25 | 16.00 | |
| 7189045 | 09/15 | 16 | 13.00 | |
| 7189045 | 09/15 | 30 | 6.50 | |
| 7189045 | 09/15 | 42 | 13.00 | |
| 7180045 | 09/15 | 5 | 10.00 | |
| 7180046 | 09/15 | 4 | 45.00 | 2005.00 |
| 1116421 | 09/18 | 5 | 32.00 | |
| 1116421 | 09/18 | 5 | 40.00 | |
| 41417204 | 09/18 | 10 | 18.00 | |
| 7189343 | 09/18 | 20 | 14.00 | |
| 7189343 | 09/18 | 1 | 15.00 | |
| 7189343 | 09/18 | 10 | 35.00 | |
| 7189343 | 09/18 | 25 | 15.00 | 1560.00 |

TERMS: NET 10 DAYS ———— RETURN WITH PAYMENT

| $ |
|---|
| 3,565.00 |

NOTICE: "The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received."

ANDY BOY (BRA
INVOICE # 1663

| REFERENCE | DATE |
|---|---|
| 192 | 09/22 |
| 51 3 | 09/22 |
| 228 37 | 09/28 |
| 228 37 | 09/28 |
| 2 5 | 09/28 |
| 9 6 | 09/28 |
| 9 77 | 09/28 |
| 94 2 | 09/22 |
| 93 1 | 09/22 |
| 93 0 | 09/22 |
| 93 0 | 09/22 |
| 9375 0 | 09/22 |
| 93 9 | 09/22 |
| 93 9 | 09/22 |
| 93 9 | 09/22 |
| 93 9 | 09/22 |

NOTICE: "The perishable agric
Commodities Act, 19
products delive i fr
In the event of

ANDY BOY (BRA

INVOICE # 1671

| REFERENCE | DATE |
|---|---|
| 2476 | 10/03 |
| 2476 | 10/03 |
| 2476 | 10/03 |
| 582 | 10/03 |
| 0102 | 10/03 |
| 0102 | 10/03 |
| 01902 | 10/03 |
| 01902 | 10/03 |
| 0102 | 10/03 |
| 0102 | 10/03 |
| 0103 | 10/03 |
| 0103 | 10/03 |
| 0103 | 10/03 |
| 0103 | 10/03 |
| 0102 | 10/03 |
| 0103 | 10/03 |
| 0103 | 10/03 |

NOTICE:

"The perishable agri
Commodities Act, 1
products derived fro

# D'ARRIGO BROS. CO. of New York, Inc.

ESTABLISHED 1948

RECEIVERS AND DISTRIBUTORS OF FRESH FRUIT AND VEGETABLES

315 NEW YORK CITY TERMINAL MARKET, BRONX, NEW YORK 10474-2402 • TELEPHONE (718) 991-5900, FAX (718) 960-6544

**INVOICE # 167980**

**ANDY BOY (BRAND)**

**SOLD TO:**
EDDIE SHORE,
P O BOX 503
SOUTH RIVER, NJ 08882

**TERMS: NET 10 DAYS**

CUSTOMER NO. ESHOR
DATE 10/12/06
PAGE 1

POSITIVELY NO ALLOWANCES UNLESS AUTHORIZED BY SALESMEN

| REFERENCE | DATE | SIZE | QUANTITY | DESCRIPTION | PRICE | EXTENSION AMT | CUST. P.O. # | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|
| 29310 | 10/11 | . | 8 | BLUEBERRIES | 39.00 | 312.00 | | |
| 09458 | 10/11 | . | 5 | RAPPINI | 35.00 | 175.00 | | 487.00 |
| 05431 | 10/06 | 90 | 21 | IDAHO POTATOE | 15.00 | 315.00 | | |
| 05431 | 10/06 | . | 5 | RED A BAG | 9.00 | 45.00 | | |
| 05431 | 10/06 | 14 | 24 | BROCCOLI | 9.00 | 216.00 | | |
| 05431 | 10/06 | 5 | 20 | HONEYDEWS | 8.00 | 160.00 | | |
| 05432 | 10/06 | . | 6 | RAPPINI | 45.00 | 270.00 | | |
| 05432 | 10/06 | . | 10 | PLUM TOMATOE | 35.00 | 350.00 | | |
| 05432 | 10/06 | . | 5 | GREEN LEAF | 16.00 | 80.00 | | |
| 05432 | 10/06 | A | 5 | YUKON POTATOE | 15.00 | 75.00 | | |
| 05433 | 10/06 | . | 10 | WRAPPED LETTUCE | 12.00 | 120.00 | | |
| 05433 | 10/06 | 30 | 3 | ARTICHOKES | 30.00 | 90.00 | | |
| 05433 | 10/06 | STD | 6 | ASPARAGUS 11LB | 18.00 | 108.00 | | 1829.00 |

**PAY THIS AMOUNT $ 2,315.00**

NOTICE: "The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

---

# D'ARRIGO BROS. CO.

315 NEW YORK CITY TERMINAL MARKET
BRONX, NEW YORK 10474-2402
TELEPHONE (718) 991-5900

**CUSTOMER**
EDDIE SHORE,
P O BOX 503
SOUTH RIVER, NJ 08882

CUSTOMER NO. ESHOR
DATE 10/12/06
167980

**DETACH AND RETURN THIS PORTION OF YOUR STATEMENT**

| REFERENCE | DATE | QUANTITY | PRICE | DAY TOTAL |
|---|---|---|---|---|
| 1129310 | 10/11 | 8 | 39.00 | |
| 7209458 | 10/11 | 5 | 35.00 | 487.00 |
| 7205431 | 10/06 | 21 | 15.00 | |
| 7205431 | 10/06 | 5 | 9.00 | |
| 7205431 | 10/06 | 24 | 9.00 | |
| 7205431 | 10/06 | 20 | 8.00 | |
| 7205432 | 10/06 | 6 | 45.00 | |
| 7205432 | 10/06 | 10 | 35.00 | |
| 7205432 | 10/06 | 5 | 16.00 | |
| 7205432 | 10/06 | 5 | 15.00 | |
| 7205433 | 10/06 | 10 | 12.00 | |
| 7205433 | 10/06 | 3 | 30.00 | |
| 7205433 | 10/06 | 6 | 18.00 | 1829.00 |

**TERMS: NET 10 DAYS** ⟶
**RETURN WITH PAYMENT**

**$ 2,316.00**

# D'ARRIGO BROS. CO. of New York, Inc.  ESTABLISHED 1948

RECEIVERS AND DISTRIBUTORS OF FRESH FRUIT AND VEGETABLES

315 NEW YORK CITY TERMINAL MARKET, BRONX, NEW YORK 10474-7402 · TELEPHONE (718) 991-5600 · FAX (718) 991-0544

**ANDY BOY (BRAND)**

INVOICE # 168796

SOLD TO:
EDDIE SHORE
P O BOX 503
SOUTH RIVER, NJ 08882

TERMS: NET 10 DAYS

CUSTOMER NO. ESHOR
DATE 10/19/06
PAGE 1

POSITIVELY NO ALLOWANCES
UNLESS AUTHORIZED
BY SALESMEN

| REFERENCE | DATE | SIZE | QUANTITY | DESCRIPTION | PRICE | EXTENSION AMT. | CUST. P.O. # | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|
| 30211 | 8/1 | | 12 | STRAWBERRIES | 21.00 | 252.00 | | |
| 30211 | 10/13 | . | 1 | RASPBERRIES | 30.00 | 30.00 | | |
| 30211 | 10/13 | B | 2 | RED POTATOES | 32.00 | 64.00 | | |
| 30211 | 10/13 | JBO | 6 | YELLOW PEPPERS | 18.00 | 108.00 | | |
| 30212 | 10/13 | | 1 | SUGAR SNAP PEAS | 24.00 | 24.00 | | |
| 65936 | 10/13 | . | 10 | BANANA | 14.00 | 140.00 | | |
| 10920 | 10/13 | . | 24 | # 2 IDAHO | 11.50 | 276.00 | | |
| 10920 | 10/13 | . | 30 | MEDIUM RED ONION | 6.50 | 195.00 | | |
| 10920 | 10/13 | . | 4 | RAPPINI | 35.00 | 140.00 | | |
| 10920 | 10/13 | STD | 5 | ASPARAGUS 11LB | 18.00 | 90.00 | | |
| 10921 | 10/13 | | 6 | 4OLD SWEET POTATOES | 13.00 | 78.00 | | |
| 10921 | 10/13 | 14 | 32 | BROCCOLI | 8.00 | 256.00 | | |
| 10921 | 10/13 | . | 4 | 4 X 2.5 CLEAN SPN | 18.00 | 72.00 | | |
| 10921 | 10/13 | 4X5 | 30 | VINE RIPE TOMATOE | 16.00 | 480.00 | | |
| 10922 | 10/13 | . | 5 | RED B BAG | 18.00 | 90.00 | | 2295.00 |
| 32745 | . | | 6 | BLUEBERRIES | 39.00 | 234.00 | | |
| 15131 | 10/18 | 4X5 | 39 | VINE RIPE TOMATOE | 10.00 | 390.00 | | |
| 15131 | 10/18 | | 1 | VINE RIPE TOMATOE | 10.00 | 10.00 | | |
| 15131 | 10/18 | | 6 | RAPPINI | 30.00 | 180.00 | | |
| 15131 | 10/18 | . | 5 | 4 X 2.5 CLEAN SPN | 17.00 | 85.00 | | |
| 15132 | 10/18 | LGE | 1 | ASPARAGUS 11LB | 18.00 | 18.00 | | 917.00 |

PAY THIS AMOUNT $ 3,212.00

NOTICE: "The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

## D'ARRIGO BROS. CO.

315 NEW YORK CITY TERMINAL MARKET
BRONX, NEW YORK 10474-7402
TELEPHONE (718) 991-5900

CUSTOMER
EDDIE SHORE
P O BOX 503
SOUTH RIVER, NJ 08882

CUSTOMER NO. ESHOR
DATE 10/19/06
168796

DETACH AND RETURN THIS PORTION OF YOUR STATEMENT

RETURN WITH PAYMENT

| REFERENCE | DATE | QUANTITY | PRICE | DAY TOTAL |
|---|---|---|---|---|
| 1130211 | 10/13 | 12 | 21.00 | |
| 1130211 | 10/13 | 1 | 30.00 | |
| 1130211 | 10/13 | 2 | 32.00 | |
| 1130211 | 10/13 | 6 | 18.00 | |
| 1130212 | 10/13 | 1 | 24.00 | |
| 4165936 | 10/13 | 10 | 14.00 | |
| 7210920 | 10/13 | 24 | 11.50 | |
| 7210920 | 10/13 | 30 | 6.50 | |
| 7210920 | 10/13 | 4 | 35.00 | |
| 7210920 | 10/13 | 5 | 18.00 | |
| 7210921 | 10/13 | 6 | 13.00 | |
| 7210921 | 10/13 | 32 | 8.00 | |
| 7210921 | 10/13 | 4 | 18.00 | |
| 7210921 | 10/13 | 30 | 16.00 | |
| 7210922 | 10/13 | 5 | 18.00 | 2295.00 |
| 1132745 | 10/18 | 6 | 39.00 | |
| 7215131 | 10/18 | 39 | 10.00 | |
| 7215131 | 10/18 | 1 | 10.00 | |
| 7215131 | 10/18 | 6 | 30.00 | |
| 7215131 | 10/18 | 5 | 17.00 | |
| 7215132 | 10/18 | 1 | 18.00 | 917.00 |

TERMS: NET 10 DAYS $ 3,212.00

# D'ARRIGO BROS. CO. *of New York, Inc.* ESTABLISHED 1948

### RECEIVERS AND DISTRIBUTORS OF FRESH FRUIT AND VEGETABLES

315 NEW YORK CITY TERMINAL MARKET, BRONX, NEW YORK 10474-7402 . TELEPHONE (718) 991-5900, FAX (718) 991-5844

**ANDY BOY (BRAND)**

INVOICE # 169633

**SOLD TO**
EDDIE SHORE
P O BOX 503
SOUTH RIVER, NJ 08882

TERMS: NET 10 DAYS

CUSTOMER NO. ESHOR

DATE 10/26/06

PAGE 1

POSITIVELY NO ALLOWANCES UNLESS AUTHORIZED BY SALESMEN

| REFERENCE | DATE | SIZE | QUANTITY | DESCRIPTION | PRICE | EXTENSION AMT. | CUST. P.O. # | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|
| 33659 | 10/20 | | 18 | STRAWBERRIES | 12.00 | 216.00 | | |
| 33659 | 10/20 | 8/1 | 30 | MESCLUN SALAD | 6.50 | 195.00 | | |
| 33659 | 10/20 | | 6 | BLUEBERRIES | 36.00 | 216.00 | | |
| 33659 | 10/20 | | 1 | WATERCRESS | 18.00 | 18.00 | | |
| 33660 | 10/20 | 5 | 2 | SEEDLESS WATERMELON | 35.00 | 70.00 | | |
| 33660 | 10/20 | | 1 | KNOB CELERY | 14.00 | 14.00 | | |
| 33660 | 10/20 | #10 | 1 | ACORN SQUASH | 16.00 | 16.00 | | |
| 33660 | 10/20 | | 2 | RADICCHIO | 6.00 | 12.00 | | |
| 33661 | 10/20 | N/A | 4 | FRENCH BEANS | 10.00 | 40.00 | | |
| 33666 | 10/20 | 48 | 2 | AVOCADOS | 30.00 | 60.00 | | |
| 33666 | 10/20 | 1KG | 1 | THYME | 11.00 | 11.00 | | |
| 33666 | 10/20 | 1KG | 2 | OREGANO | 11.00 | 22.00 | | |
| 33666 | 10/20 | 1KG | 1 | ROSEMARY | 11.00 | 11.00 | | |
| 70485 | 10/20 | 100 | 18 | HAMLIN-T-ORANGE | 18.00 | 324.00 | | |
| 70485 | 10/20 | 113 | 8 | VALENCIA ORANGE | 25.00 | 200.00 | | |
| 70485 | 10/20 | SUP | 1 | OLIVES | 32.00 | 32.00 | | |
| 70485 | 10/20 | 14 | 32 | BROCCOLI | 8.00 | 256.00 | | |
| 16651 | 10/20 | 1KG | 3 | RAPPINI | 30.00 | 90.00 | | |
| 16651 | 10/20 | | 3 | SCALLIONS | 25.00 | 75.00 | | |
| 16651 | 10/20 | | 8 | GREEN LEAF | 15.00 | 120.00 | | |
| 16652 | 10/20 | 5 | 5 | 4 X 2.5 CLEAN SPN | 18.00 | 90.00 | | |
| 16652 | 10/20 | 4X4 | 30 | VINE RIPE TOMATOE | 10.00 | 300.00 | | |
| 16652 | 10/20 | | 30 | MEDIUM RED ONION | 6.00 | 180.00 | | |
| 16652 | 10/20 | 24 | 1 | ANISE | 20.00 | 20.00 | | |
| 16654 | 10/20 | | 25 | PLUM TOMATOE | 12.00 | 300.00 | | |

**PAY THIS AMOUNT** $

**TERMS: NET 10 DAYS**

NOTICE: "The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

---

## D'ARRIGO BROS. CO.

315 NEW YORK CITY TERMINAL MARKET, BRONX, NEW YORK 10474-7402, TELEPHONE (718) 991-5900

**CUSTOMER**
EDDIE SHORE
P O BOX 503
SOUTH RIVER, NJ 08882

CUSTOMER NO. ESHOR
DATE 10/26/06
169633

DETACH AND RETURN THIS PORTION OF YOUR STATEMENT

| REFERENCE | DATE | QUANTITY | PRICE | DAY TOTAL |
|---|---|---|---|---|
| 33659 | 10/20 | 18 | 12.00 | |
| 33659 | 10/20 | 30 | 6.50 | |
| 33659 | 10/20 | 6 | 36.00 | |
| 33659 | 10/20 | 1 | 18.00 | |
| 33660 | 10/20 | 2 | 35.00 | |
| 33660 | 10/20 | 1 | 14.00 | |
| 33660 | 10/20 | 1 | 16.00 | |
| 33660 | 10/20 | 2 | 6.00 | |
| 33661 | 10/20 | 4 | 10.00 | |
| 33666 | 10/20 | 2 | 30.00 | |
| 33666 | 10/20 | 1 | 11.00 | |
| 33666 | 10/20 | 2 | 11.00 | |
| 33666 | 10/20 | 1 | 11.00 | |
| 70485 | 10/20 | 18 | 18.00 | |
| 70485 | 10/20 | 8 | 25.00 | |
| 70485 | 10/20 | 1 | 32.00 | |
| 70485 | 10/20 | 32 | 8.00 | |
| 16651 | 10/20 | 3 | 30.00 | |
| 16651 | 10/20 | 3 | 25.00 | |
| 16651 | 10/20 | 8 | 15.00 | |
| 16652 | 10/20 | 5 | 18.00 | |
| 16652 | 10/20 | 30 | 10.00 | |
| 16652 | 10/20 | 30 | 6.00 | |
| 16652 | 10/20 | 1 | 20.00 | |
| 16654 | 10/20 | 25 | 12.00 | |

**PAY THIS AMOUNT** $

**TERMS: NET 10 DAYS** RETURN WITH PAYMENT