# D'ARRIGO BROS. CO. of New York, Inc.   ESTABLISHED 1948

**RECEIVERS AND DISTRIBUTORS OF FRESH FRUIT AND VEGETABLES**

315 NEW YORK CITY TERMINAL MARKET • BRONX, NEW YORK 10474-7402 • TELEPHONE (718) 991-5900 • FAX (718) 956-0544

**ANDY BOY (BRAND)**

INVOICE # 164620

| SOLD TO: | CUSTOMER NO. | DATE | PAGE |
|---|---|---|---|
| EDDIE SHORE<br>P O BOX 503<br>SOUTH RIVER, NJ 08882 | ESHOR | 09/14/06 | 1 |

TERMS: NET 10 DAYS

POSITIVELY NO ALLOWANCES UNLESS AUTHORIZED BY SALESMEN

| REFERENCE | DATE | SIZE | QUANTITY | DESCRIPTION | PRICE | EXTENSION AMT. | CUST. P.O. # | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|
| 12627 | 09/11 | . | 20 | CABBAGE | 12.00 | 240.00 | | |
| 12627 | 09/11 | 8/1 | 10 | STRAWBERRIES | 24.00 | 240.00 | | |
| 12627 | 09/11 | . | 4 | GREEN BEANS | 28.00 | 112.00 | | |
| 12627 | 09/11 | NYS | 4 | YELLOW CORN | 15.00 | 60.00 | | |
| 12628 | 09/11 | . | 1 | DILL | 20.00 | 20.00 | | |
| 12628 | 09/11 | . | 40 | MESCLUN SALAD | 7.00 | 280.00 | | |
| 12628 | 09/11 | . | 1 | SALAD SAVOY | 24.00 | 24.00 | | |
| 83917 | 09/11 | . | 25 | WRAPPED LETTUCE | 22.00 | 550.00 | | |
| 83917 | 09/11 | . | 20 | ROMAINE | 14.00 | 280.00 | | |
| 83917 | 09/11 | . | 12 | HEARTS ROMAINE | 18.00 | 216.00 | | |
| 83917 | 09/11 | 5 | 20 | HONEYDEWS | 14.00 | 280.00 | | |
| 83918 | 09/11 | . | 1 | CELLO CARROTS | 14.00 | 14.00 | | |
| 83918 | 09/11 | 5X6 | 17 | 25LB TOMATOE | 18.00 | 306.00 | | 2622.00 |
| 85084 | 09/12 | . | 5 | RAPPINI | 45.00 | 225.00 | | 225.00 |
| 11759 | 09/08 | . | 4 | YELLOW CORN | 15.00 | 60.00 | | |
| 11759 | 09/08 | . | 1 | SALAD SAVOY | 24.00 | 24.00 | | |
| 11759 | 09/08 | . | 2 | HH ENGLISH CUKES | 16.00 | 32.00 | | |
| 11759 | 09/08 | . | 2 | BLACKBERRIES | 33.00 | 66.00 | | |
| 11760 | 09/08 | . | 2 | BOC CHOY | 16.00 | 32.00 | | |
| 11760 | 09/08 | 4/1 | 6 | STEM STRAW | 18.00 | 108.00 | | |
| 82680 | 09/08 | . | 30 | SPANISH ONION | 15.00 | 450.00 | | |
| 82680 | 09/08 | . | 30 | MEDIUM RED ONION | 7.00 | 210.00 | | |
| 82680 | 09/08 | . | 3 | 40LB SWEET POTATOES | 13.00 | 39.00 | | |

NOTICE: "The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of "recovery.""

---

# D'ARRIGO BROS. CO.

315 NEW YORK CITY TERMINAL MARKET
BRONX, NEW YORK 10474-7402
TELEPHONE (718) 991-5900

| CUSTOMER: | CUSTOMER NO. | DATE | |
|---|---|---|---|
| EDDIE SHORE<br>P O BOX 503<br>SOUTH RIVER, NJ 08882 | ESHOR | 09/14/06 | 164620 |

**DETACH AND RETURN THIS PORTION OF YOUR STATEMENT**

| REFERENCE | DATE | QUANTITY | PRICE | DAY TOTAL |
|---|---|---|---|---|
| 1112627 | 09/11 | 20 | 12.00 | |
| 1112627 | 09/11 | 10 | 24.00 | |
| 1112627 | 09/11 | 4 | 28.00 | |
| 1112627 | 09/11 | 4 | 15.00 | |
| 1112628 | 09/11 | 1 | 20.00 | |
| 1112628 | 09/11 | 40 | 7.00 | |
| 1112628 | 09/11 | 1 | 24.00 | |
| 7183917 | 09/11 | 25 | 22.00 | |
| 7183917 | 09/11 | 20 | 14.00 | |
| 7183917 | 09/11 | 12 | 18.00 | |
| 7183917 | 09/11 | 20 | 14.00 | |
| 7183918 | 09/11 | 1 | 14.00 | |
| 7183918 | 09/11 | 17 | 18.00 | 2622.00 |
| 7185084 | 09/12 | 5 | 45.00 | 225.00 |
| 1111759 | 09/08 | 4 | 15.00 | |
| 1111759 | 09/08 | 1 | 24.00 | |
| 1111759 | 09/08 | 2 | 16.00 | |
| 1111759 | 09/08 | 2 | 33.00 | |
| 1111760 | 09/08 | 2 | 16.00 | |
| 1111760 | 09/08 | 6 | 18.00 | |
| 7182680 | 09/08 | 30 | 15.00 | |
| 7182680 | 09/08 | 30 | 7.00 | |
| 7182680 | 09/08 | 3 | 13.00 | |

TERMS: NET 10 DAYS  →  PAY THIS AMOUNT $

RETURN WITH PAYMENT

# D'ARRIGO BROS. CO. of New York, Inc. ESTABLISHED 1948

RECEIVERS AND DISTRIBUTORS OF FRESH FRUIT AND VEGETABLES

315 NEW YORK CITY TERMINAL MARKET • BRONX, NEW YORK 10474-7402 • TELEPHONE (718) 991-5900 • FAX (718) 960-0514

**SOLD TO:** EDDIE SHORE
P O BOX 503
SOUTH RIVER, NJ 08882

INVOICE # 164620

CUSTOMER NO. ESHOR
DATE 09/14/06
PAGE 2

TERMS: NET 10 DAYS

POSITIVELY NO ALLOWANCES UNLESS AUTHORIZED BY SALESMEN

| REFERENCE | DATE | ANDY BOY(BRAND) SIZE | QUANTITY | DESCRIPTION | PRICE | EXTENSION AMT. | CUST. P.O. # | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|
| 82630 | 09/08 | 70 | 7 | RUSSET POTATOES | 15.00 | 105.00 | | |
| 82681 | 09/08 | 14 | 24 | BROCCOLI | 14.00 | 336.00 | | |
| 82681 | 09/08 | . | 1 | BUNCH SPINACH | 20.00 | 20.00 | | |
| 82681 | 09/08 | . | 5 | GREEN LEAF | 15.00 | 75.00 | | |
| 82681 | 09/08 | . | 20 | WRAPPED LETTUCE | 20.00 | 400.00 | | |
| 82682 | 09/08 | . | 2 | RAPPINI | 45.00 | 90.00 | | |
| 82683 | 09/08 | . | 30 | #2 RUSSETS | 12.50 | 375.00 | | |
| 82863 | 09/08 | . | 6 | RED B BAG | 20.00 | 120.00 | | 2542.00 |

**PAY THIS AMOUNT $ 5,389.00**

NOTICE: "The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received..."

---

## DETACH AND RETURN THIS PORTION OF YOUR STATEMENT

# D'ARRIGO BROS. CO.

315 NEW YORK CITY TERMINAL MARKET
BRONX, NEW YORK 10474-7402
TELEPHONE (718) 991-5900

**CUSTOMER:** EDDIE SHORE
P O BOX 503
SOUTH RIVER, NJ 08882

CUSTOMER NO. ESHOR
DATE 09/14/06
164620

| REFERENCE | DATE | QUANTITY | PRICE | DAY TOTAL |
|---|---|---|---|---|
| 7182680 | 09/08 | 7 | 15.00 | |
| 7182681 | 09/08 | 24 | 14.00 | |
| 7182681 | 09/08 | 1 | 20.00 | |
| 7182681 | 09/08 | 5 | 15.00 | |
| 7182681 | 09/08 | 20 | 20.00 | |
| 7182682 | 09/08 | 2 | 45.00 | |
| 7182683 | 09/08 | 30 | 12.50 | |
| 7182863 | 09/08 | 6 | 20.00 | 2542.00 |

TERMS: NET 10 DAYS

$ 5,389.00

RETURN WITH PAYMENT

# D'ARRIGO BROS. CO. of New York, Inc.

ESTABLISHED 1948

RECEIVERS AND DISTRIBUTORS OF FRESH FRUIT AND VEGETABLES

315 NEW YORK CITY TERMINAL MARKET • BRONX, NEW YORK 10474-7402 • TELEPHONE (718) 991-5900 • FAX (718) 960-0544

INVOICE # 165466

**SOLD TO**
EDDIE SHORE
P O BOX 503
SOUTH RIVER, NJ 08882

ANDY BOY (BRAND)

CUSTOMER NO. ESHOR
DATE 09/21/06
PAGE 1

TERMS: NET 10 DAYS

POSITIVELY NO ALLOWANCES UNLESS AUTHORIZED BY SALESMEN

| REFERENCE | DATE | SIZE | QUANTITY | DESCRIPTION | PRICE | EXTENSION AMT. | CUST. P.O. # | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|
| 15554 | 09/15 | | 3 | BABY ARRUGULA | 20.00 | 60.00 | | |
| 15554 | 09/15 | MED | 10 | GREEN SQUASH | 14.00 | 140.00 | | |
| 15554 | 09/15 | | 1 | LONG HOT PEPPERS | 12.00 | 12.00 | | |
| 15554 | 09/15 | | 5 | GREEN BEANS | 30.00 | 150.00 | | |
| 15555 | 09/15 | B | 2 | RED POTATOES | 32.00 | 64.00 | | |
| 88045 | 09/15 | | 25 | WRAPPED LETTUCE | 16.00 | 400.00 | | |
| 88045 | 09/15 | 14 | 16 | BROCCOLI | 13.00 | 208.00 | | |
| 88045 | 09/15 | | 30 | MEDIUM RED ONION | 6.50 | 195.00 | | |
| 88045 | 09/15 | 90 | 42 | RUSSET POTATOES | 13.00 | 546.00 | | |
| 88046 | 09/15 | | 5 | RED A BAG | 10.00 | 50.00 | | |
| 88046 | 09/15 | | 4 | RAPPINI | 45.00 | 180.00 | | 2005.00 |
| 16421 | 09/18 | | 5 | GREEN BEANS | 32.00 | 160.00 | | |
| 16421 | 09/18 | | 5 | PLUM TOMATOES | 40.00 | 200.00 | | |
| 47204 | 09/18 | BAG | 10 | BAG CRIMSON SDLS | 18.00 | 180.00 | | |
| 89343 | 09/18 | | 20 | ROMAINE | 14.00 | 280.00 | | |
| 89343 | 09/18 | | 1 | 5LB IDAHO | 15.00 | 15.00 | | |
| 89343 | 09/18 | 4X5 | 10 | VINE RIPE TOMATOE | 35.00 | 350.00 | | |
| 89343 | 09/18 | | 25 | WRAPPED LETTUCE | 15.00 | 375.00 | | 1560.00 |

PAY THIS AMOUNT $ 3,565.00

NOTICE: "The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received..."

---

# D'ARRIGO BROS. CO.

315 NEW YORK CITY TERMINAL MARKET
BRONX, NEW YORK 10474-7402
TELEPHONE (718) 991-5900

**CUSTOMER**
EDDIE SHORE
P O BOX 503
SOUTH RIVER, NJ 08882

CUSTOMER NO. ESHOR
DATE 09/21/06
165466

DETACH AND RETURN THIS PORTION OF YOUR STATEMENT

| REFERENCE | DATE | QUANTITY | PRICE | DAY TOTAL |
|---|---|---|---|---|
| 1115554 | 09/15 | 3 | 20.00 | |
| 1115554 | 09/15 | 10 | 14.00 | |
| 1115554 | 09/15 | 1 | 12.00 | |
| 1115554 | 09/15 | 5 | 30.00 | |
| 1115555 | 09/15 | 2 | 32.00 | |
| 7188045 | 09/15 | 25 | 16.00 | |
| 7188045 | 09/15 | 16 | 13.00 | |
| 7188045 | 09/15 | 30 | 6.50 | |
| 7188045 | 09/15 | 42 | 13.00 | |
| 7188046 | 09/15 | 5 | 10.00 | |
| 7188046 | 09/15 | 4 | 45.00 | 2005.00 |
| 1116421 | 09/18 | 5 | 32.00 | |
| 1116421 | 09/18 | 5 | 40.00 | |
| 4147204 | 09/18 | 10 | 18.00 | |
| 7189343 | 09/18 | 20 | 14.00 | |
| 7189343 | 09/18 | 1 | 15.00 | |
| 7189343 | 09/18 | 10 | 35.00 | |
| 7189343 | 09/18 | 25 | 15.00 | 1560.00 |

TERMS: NET 10 DAYS
$ 3,565.00

RETURN WITH PAYMENT

| REFERENCE | DATE | |
|---|---|---|
| 19392 | 09/22 | |
| 51493 | 09/22 | |
| 93749 | 09/22 | |
| 93749 | 09/22 | |
| 93749 | 09/22 | |
| 93749 | 09/22 | |
| 93750 | 09/22 | |
| 93750 | 09/22 | |
| 93750 | 09/22 | |
| 93751 | 09/22 | |
| 94152 | 09/22 | |
| 22837 | 09/28 | |
| 22845 | 09/28 | |
| 99276 | 09/28 | |
| 99277 | 09/28 | |

INVOICE # 1663

ANDY BOY (BRA

NOTICE:
"The perishable agric
Commodities Act, 19
products derived fr
In the event of t

ANDY BOY (BRA...

INVOICE # 1671

| REFERENCE | DATE |
|---|---|
| 24606 | 10/03 |
| 24606 | 10/03 |
| 24606 | 10/03 |
| 58792 | 10/03 |
| 01902 | 10/03 |
| 01902 | 10/03 |
| 01902 | 10/03 |
| 01902 | 10/03 |
| 01903 | 10/03 |
| 01903 | 10/03 |
| 01903 | 10/03 |
| 01903 | 10/03 |
| 01912 | 10/03 |

NOTICE: "The perishable agri...
Commodities Act, 1...
products derived f...

# D'ARRIGO BROS. CO. of New York, Inc.

ESTABLISHED 1948

RECEIVERS AND DISTRIBUTORS OF FRESH FRUIT AND VEGETABLES

315 NEW YORK CITY TERMINAL MARKET • BRONX, NEW YORK 10474-7402 • TELEPHONE (718) 991-5900 • FAX (718) 960-0544

INVOICE # 167980

PAGE 1

**SOLD TO:**
EDDIE SHORE
P O BOX 503
SOUTH RIVER, NJ 08882

CUSTOMER NO. ESHOR
DATE 10/12/06

TERMS: NET 10 DAYS

POSITIVELY NO ALLOWANCES UNLESS AUTHORIZED BY SALESMEN

| ANDY BOY (BRAND) | | | | | | | |
|---|---|---|---|---|---|---|---|
| REFERENCE | DATE | SIZE | QUANTITY | DESCRIPTION | PRICE | EXTENSION AMT. | CUST. P.O. # | DAY TOTAL |
| 29310 | 10/11 | | 8 | BLUEBERRIES | 39.00 | 312.00 | | |
| 09458 | 10/11 | | 5 | RAPPINI | 35.00 | 175.00 | | 487.00 |
| 05431 | 10/06 | 90 | 21 | IDAHO POTATOE | 15.00 | 315.00 | | |
| 05431 | 10/06 | . | 5 | RED A BAG | 9.00 | 45.00 | | |
| 05431 | 10/06 | 14 | 24 | BROCCOLI | 9.00 | 216.00 | | |
| 05431 | 10/06 | 5 | 20 | HONEYDEWS | 8.00 | 160.00 | | |
| 05432 | 10/06 | . | 6 | RAPPINI | 45.00 | 270.00 | | |
| 05432 | 10/06 | . | 10 | PLUM TOMATOE | 35.00 | 350.00 | | |
| 05432 | 10/06 | . | 5 | GREEN LEAF | 16.00 | 80.00 | | |
| 05432 | 10/06 | A | 5 | YUKON POTATOE | 15.00 | 75.00 | | |
| 05433 | 10/06 | . | 10 | WRAPPED LETTUCE | 12.00 | 120.00 | | |
| 05433 | 10/06 | 30 | 3 | ARTICHOKES | 30.00 | 90.00 | | |
| 05433 | 10/06 | STD | 6 | ASPARAGUS 11LB | 18.00 | 108.00 | | 1829.00 |

PAY THIS AMOUNT $ 2,315.00

NOTICE: "The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

# D'ARRIGO BROS. CO.

315 NEW YORK CITY TERMINAL MARKET
BRONX, NEW YORK 10474-7402
TELEPHONE (718) 991-5900

**CUSTOMER:**
EDDIE SHORE
P O BOX 503
SOUTH RIVER, NJ 08882

CUSTOMER NO. ESHOR
DATE 10/12/06
167980

DETACH AND RETURN THIS PORTION OF YOUR STATEMENT

| REFERENCE | DATE | QUANTITY | PRICE | DAY TOTAL |
|---|---|---|---|---|
| 1129310 | 10/11 | 8 | 39.00 | |
| 7209458 | 10/11 | 5 | 35.00 | 487.00 |
| 7205431 | 10/06 | 21 | 15.00 | |
| 7205431 | 10/06 | 5 | 9.00 | |
| 7205431 | 10/06 | 24 | 9.00 | |
| 7205431 | 10/06 | 20 | 8.00 | |
| 7205432 | 10/06 | 6 | 45.00 | |
| 7205432 | 10/06 | 10 | 35.00 | |
| 7205432 | 10/06 | 5 | 16.00 | |
| 7205432 | 10/06 | 5 | 15.00 | |
| 7205433 | 10/06 | 10 | 12.00 | |
| 7205433 | 10/06 | 3 | 30.00 | |
| 7205433 | 10/06 | 6 | 18.00 | 1829.00 |

TERMS: NET 10 DAYS     $ 2,316.00

RETURN WITH PAYMENT

# D'ARRIGO BROS. CO. of New York, Inc.

RECEIVERS AND DISTRIBUTORS OF FRESH FRUIT AND VEGETABLES ESTABLISHED 1948

315 NEW YORK CITY TERMINAL MARKET • BRONX, NEW YORK 10474-7402 • TELEPHONE (718) 991-5900 • FAX (718) 960-0544

**INVOICE # 168796**

**SOLD TO:** EDDIE SHORE, P O BOX 503, SOUTH RIVER, NJ 08882

**TERMS:** NET 10 DAYS

**CUSTOMER NO.:** ESHOR
**DATE:** 10/19/06
**PAGE:** 1

POSITIVELY NO ALLOWANCES UNLESS AUTHORIZED BY SALESMEN

| REFERENCE | DATE | ANDY BOY (BRAND) SIZE | QUANTITY | DESCRIPTION | PRICE | EXTENSION AMT. | CUST. P.O. # | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|
| 30211 | 10/13 | 8/1 | 12 | STRAWBERRIES | 21.00 | 252.00 | | |
| 30211 | 10/13 | . | 1 | RASPBERRIES | 30.00 | 30.00 | | |
| 30211 | 10/13 | . | 2 | RED POTATOES | 32.00 | 64.00 | | |
| 30211 | 10/13 | B | 6 | YELLOW PEPPERS | 18.00 | 108.00 | | |
| 30212 | 10/13 | JBO | 1 | SUGAR SNAP PEAS | 24.00 | 24.00 | | |
| 65936 | 10/13 | . | 10 | BANANA | 14.00 | 140.00 | | |
| 10920 | 10/13 | . | 24 | # 2 IDAHO | 11.50 | 276.00 | | |
| 10920 | 10/13 | . | 30 | MEDIUM RED ONION | 6.50 | 195.00 | | |
| 10920 | 10/13 | . | 4 | RAPPINI | 35.00 | 140.00 | | |
| 10920 | 10/13 | STD | 5 | ASPARAGUS 11LB | 18.00 | 90.00 | | |
| 10921 | 10/13 | . | 6 | 40LB SWEET POTATOES | 13.00 | 78.00 | | |
| 10921 | 10/13 | 14 | 32 | BROCCOLI | 8.00 | 256.00 | | |
| 10921 | 10/13 | . | 4 | 4 X 2.5 CLEAN SPN | 18.00 | 72.00 | | |
| 10921 | 10/13 | 4X5 | 30 | VINE RIPE TOMATOE | 16.00 | 480.00 | | |
| 10922 | 10/13 | . | 5 | RED B BAG | 18.00 | 90.00 | 2295.00 | |
| 32745 | 10/18 | . | 6 | BLUEBERRIES | 39.00 | 234.00 | | |
| 15131 | 10/18 | 4X5 | 39 | VINE RIPE TOMATOE | 10.00 | 390.00 | | |
| 15131 | 10/18 | 4X5 | 1 | VINE RIPE TOMATOE | 10.00 | 10.00 | | |
| 15131 | 10/18 | . | 6 | RAPPINI | 30.00 | 180.00 | | |
| 15131 | 10/18 | . | 5 | 4 X 2.5 CLEAN SPN | 17.00 | 85.00 | | |
| 15132 | 10/18 | LGE | 1 | ASPARAGUS 11LB | 18.00 | 18.00 | 917.00 | |

**PAY THIS AMOUNT $ 3,212.00**

---

NOTICE: "The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

---

## D'ARRIGO BROS. CO.

315 NEW YORK CITY TERMINAL MARKET BRONX, NEW YORK 10474-7402 TELEPHONE (718) 991-5900

**CUSTOMER:** EDDIE SHORE, P O BOX 503, SOUTH RIVER, NJ 08882

**CUSTOMER NO.:** ESHOR
**DATE:** 10/19/06
**168796**

DETACH AND RETURN THIS PORTION OF YOUR STATEMENT

| REFERENCE | DATE | QUANTITY | PRICE | DAY TOTAL |
|---|---|---|---|---|
| 1130211 | 10/13 | 12 | 21.00 | |
| 1130211 | 10/13 | 1 | 30.00 | |
| 1130211 | 10/13 | 2 | 32.00 | |
| 1130211 | 10/13 | 6 | 18.00 | |
| 1130212 | 10/13 | 1 | 24.00 | |
| 4165936 | 10/13 | 10 | 14.00 | |
| 7210920 | 10/13 | 24 | 11.50 | |
| 7210920 | 10/13 | 30 | 6.50 | |
| 7210920 | 10/13 | 4 | 35.00 | |
| 7210920 | 10/13 | 5 | 18.00 | |
| 7210921 | 10/13 | 6 | 13.00 | |
| 7210921 | 10/13 | 32 | 8.00 | |
| 7210921 | 10/13 | 4 | 18.00 | |
| 7210921 | 10/13 | 30 | 16.00 | |
| 7210922 | 10/13 | 5 | 18.00 | 2295.00 |
| 1132745 | 10/18 | 6 | 39.00 | |
| 7215131 | 10/18 | 39 | 10.00 | |
| 7215131 | 10/18 | 1 | 10.00 | |
| 7215131 | 10/18 | 6 | 30.00 | |
| 7215131 | 10/18 | 5 | 17.00 | |
| 7215132 | 10/18 | 1 | 18.00 | 917.00 |

**TERMS: NET 10 DAYS** $ 3,212.00

RETURN WITH PAYMENT

# D'ARRIGO BROS. CO. of New York, Inc.

RECEIVERS AND DISTRIBUTORS OF FRESH FRUIT AND VEGETABLES   ESTABLISHED 1948

315 NEW YORK CITY TERMINAL MARKET • BRONX, NEW YORK 10474-7402 • TELEPHONE (718) 991-5900 • FAX (718) 960-0544

**ANDY BOY (BRAND)**

INVOICE # 169633

**SOLD TO**
EDDIE SHORE
P O BOX 503
SOUTH RIVER, NJ 08882

CUSTOMER NO. ESHOR
DATE 10/26/06
PAGE 1

TERMS: NET 10 DAYS

POSITIVELY NO ALLOWANCES UNLESS AUTHORIZED BY SALESMEN

| REFERENCE | DATE | SIZE | QUANTITY | DESCRIPTION | PRICE | EXTENSION AMT. | CUST. P.O. # | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|
| 33659 | 10/20 | 8/1 | 18 | STRAWBERRIES | 12.00 | 216.00 | | |
| 33659 | 10/20 | . | 30 | MESCLUN SALAD | 6.50 | 195.00 | | |
| 33659 | 10/20 | . | 6 | BLUEBERRIES | 36.00 | 216.00 | | |
| 33659 | 10/20 | . | 1 | WATERCRESS | 18.00 | 18.00 | | 1133659 |
| 33660 | 10/20 | 5 | 2 | SEEDLESS WATERMELON | 35.00 | 70.00 | | |
| 33660 | 10/20 | . | 1 | KNOB CELERY | 14.00 | 14.00 | | |
| 33660 | 10/20 | #10 | 1 | ACORN SQUASH | 16.00 | 16.00 | | |
| 33660 | 10/20 | . | 2 | RADICCHIO | 6.00 | 12.00 | | 1133660 |
| 33661 | 10/20 | MIA | 4 | FRENCH BEANS | 10.00 | 40.00 | | 1133661 |
| 33666 | 10/20 | 48 | 2 | AVOCADOS | 30.00 | 60.00 | | |
| 33666 | 10/20 | 1KG | 1 | THYME | 11.00 | 11.00 | | |
| 33666 | 10/20 | 1KG | 2 | OREGANO | 11.00 | 22.00 | | |
| 33666 | 10/20 | 1KG | 1 | ROSEMARY | 11.00 | 11.00 | | 1133666 |
| 70485 | 10/20 | 100 | 18 | HAMLIN-J-ORANGE | 18.00 | 324.00 | | |
| 70485 | 10/20 | 113 | 8 | VALENCIA ORANGE | 25.00 | 200.00 | | |
| 70485 | 10/20 | SUP | 1 | OLIVES | 32.00 | 32.00 | | 41704485 |
| 16651 | 10/20 | 14 | 32 | BROCCOLI | 8.00 | 256.00 | | |
| 16651 | 10/20 | . | 3 | RAPPINI | 30.00 | 90.00 | | |
| 16651 | 10/20 | . | 3 | SCALLIONS | 25.00 | 75.00 | | |
| 16651 | 10/20 | . | 8 | GREEN LEAF | 15.00 | 120.00 | | 7216651 |
| 16652 | 10/20 | 4X4 | 5 | 4 X 2.5 CLEAN SPN | 18.00 | 90.00 | | |
| 16652 | 10/20 | . | 30 | VINE RIPE TOMATOE | 10.00 | 300.00 | | |
| 16652 | 10/20 | . | 30 | MEDIUM RED ONION | 6.00 | 180.00 | | |
| 16652 | 10/20 | 24 | 1 | ANISE | 20.00 | 20.00 | | 7216652 |
| 16654 | 10/20 | . | 25 | PLUM TOMATOE | 12.00 | 300.00 | | 7216654 |

NOTICE: "The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

**PAY THIS AMOUNT $**

---

# D'ARRIGO BROS. CO.
315 NEW YORK CITY TERMINAL MARKET
BRONX, NEW YORK 10474-7402
TELEPHONE (718) 991-5900

**CUSTOMER**
EDDIE SHORE
P O BOX 503
SOUTH RIVER, NJ 08882

CUSTOMER NO. ESHOR
DATE 10/26/06
169633

DETACH AND RETURN THIS PORTION OF YOUR STATEMENT

| REFERENCE | DATE | QUANTITY | PRICE | DAY TOTAL |
|---|---|---|---|---|
| 33659 | 10/20 | 18 | 12.00 | |
| 33659 | 10/20 | 30 | 6.50 | |
| 33659 | 10/20 | 6 | 36.00 | |
| 33659 | 10/20 | 1 | 18.00 | 1133659 |
| 33660 | 10/20 | 2 | 35.00 | |
| 33660 | 10/20 | 1 | 14.00 | |
| 33660 | 10/20 | 1 | 16.00 | |
| 33660 | 10/20 | 2 | 6.00 | 1133660 |
| 33661 | 10/20 | 4 | 10.00 | 1133661 |
| 33666 | 10/20 | 2 | 30.00 | |
| 33666 | 10/20 | 1 | 11.00 | |
| 33666 | 10/20 | 2 | 11.00 | |
| 33666 | 10/20 | 1 | 11.00 | 1133666 |
| 70485 | 10/20 | 18 | 18.00 | |
| 70485 | 10/20 | 8 | 25.00 | |
| 70485 | 10/20 | 1 | 32.00 | 41704485 |
| 16651 | 10/20 | 32 | 8.00 | |
| 16651 | 10/20 | 3 | 30.00 | |
| 16651 | 10/20 | 3 | 25.00 | |
| 16651 | 10/20 | 8 | 15.00 | 7216651 |
| 16652 | 10/20 | 5 | 18.00 | |
| 16652 | 10/20 | 30 | 10.00 | |
| 16652 | 10/20 | 30 | 6.00 | |
| 16652 | 10/20 | 1 | 20.00 | 7216652 |
| 16654 | 10/20 | 25 | 12.00 | 7216654 |

TERMS: NET 10 DAYS → RETURN WITH PAYMENT $

INVOICE # 16963

| REFERENCE | DATE | S |
|---|---|---|
| 21029 | 10/25 | 5 |
| 21029 | 10/25 | . |
| 21029 | 10/25 | . |
| 21029 | 10/25 | 3 |
| 21030 | 10/25 | . |

ANDY BOY (BRAN

NOTICE: "The perishable agric
Commodities Act, 19
products derived fro
In the event of th