AO 440 (Rev. 10/93) Summons in a Civil Action    **RETURN OF SERVICE**

SERVICE OF: SUMMONS, AMENDED COMPLAINT, COPY OF THE JUDGE'S RULES, USDC/SDNY INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, USDC/SDNY PROCEDURES FOR ELECTRONIC CASE FILING, USDC/SDNY GUIDELINES FOR ELECTRONIC CASE FILING
EFFECTED (1) BY ME: LUIZA DYMITRYSZYN
TITLE: PROCESS SERVER                                    DATE: 06/22/2007  05:52PM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

DOUGLAS BOTNICK

Place where served:

10 GRANT ST.  SOUTH RIVER NJ 08882

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

ALBA BOTNICK

Relationship to defendant: SISTER-IN-LAW

Description of person accepting service:

SEX: F__ AGE: 36-50__ HEIGHT: 5'4"-5'8"__ WEIGHT: 131-160 LBS.__ SKIN: WHITE__ HAIR: BROWN__ OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

FILED
Stamped copy will arrive shortly

**STATEMENT OF SERVER**

TRAVEL $ _____.___        SERVICES $ _____.___        TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 06/22/2007

SIGNATURE OF LUIZA DYMITRYSZYN
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

06/22/07
JACKELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec 7, 2010

ATTORNEY:   LEONARD KREINCES, ESQ.
PLAINTIFF:  D'ARRIGO BROS. CO. OF NY
DEFENDANT:  EDDIE SHORE INC. DBA BOTNICK PRODUCE, ET AL
VENUE:      DISTRICT OF NY
DOCKET:     07 CV 3604 (LBS/DFE)

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action    **RETURN OF SERVICE**

SERVICE OF: SUMMONS, AMENDED COMPLAINT, COPY OF THE JUDGE'S RULES, USDC/SDNY INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, USDC/SDNY PROCEDURES FOR ELECTRONIC CASE FILING, USDC/SDNY GUIDELINES FOR ELECTRONIC CASE FILING
EFFECTED (1) BY ME: LUIZA DYMITRYSZYN
TITLE: PROCESS SERVER    DATE: 06/22/2007 05:55PM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

EDDIE SHORE DBA BOTNICK PRODUCE

Place where served:

0 GRANT ST. SOUTH RIVER NJ 08882

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

ALBA BOTNICK

Relationship to defendant: SISTER-IN-LAW

Description of person accepting service:

SEX: F    AGE: 36-50    HEIGHT: 5'4"-5'8"    WEIGHT: 131-160 LBS.    SKIN: WHITE    HAIR: BROWN    OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

FILED
Stamped copy will arrive shortly

**STATEMENT OF SERVER**

TRAVEL $ _____.___    SERVICES $ _____.___    TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 06/22/2007    _____ L.S.
SIGNATURE OF LUIZA DYMITRYSZYN
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

06/22/07
JACKELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 7

ATTORNEY:    LEONARD KREINCES, ESQ.
PLAINTIFF:    D'ARRIGO BROS. CO. OF NY
DEFENDANT:    EDDIE SHORE INC. DBA BOTNICK PRODUCE, ET AL
VENUE:    DISTRICT OF NY
DOCKET:    07 CV 3604 (LBS/DFE)

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action    **RETURN OF SERVICE**

SERVICE OF: SUMMONS, AMENDED COMPLAINT, COPY OF THE JUDGE'S RULES, USDC/SDNY INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, USDC/SDNY PROCEDURES FOR ELECTRONIC CASE FILING, USDC/SDNY GUIDELINES FOR ELECTRONIC CASE FILING
EFFECTED (1) BY ME: LUIZA DYMITRYSZYN
TITLE: PROCESS SERVER    DATE: 06/22/2007 05:53PM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

STEPHEN BOTNICK

Place where served:

10 GRANT ST.  SOUTH RIVER NJ 08882

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

ALBA BOTNICK

Relationship to defendant: WIFE

Description of person accepting service:

SEX: F__  AGE: 36-50  HEIGHT: 5'4"-5'8"  WEIGHT: 131-160 LBS.  SKIN: WHITE  HAIR: BROWN  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

FILED
Stamped copy will
arrive shortly

**STATEMENT OF SERVER**

TRAVEL $ _____.___    SERVICES $ _____.___    TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 06/22/2007         _____ L.S.
SIGNATURE OF LUIZA DYMITRYSZYN
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

06/22/07
JOCELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
Commission Expires Dec. 7, 2010

ATTORNEY: LEONARD KREINCES, ESQ.
PLAINTIFF: D'ARRIGO BROS. CO. OF NY
DEFENDANT: EDDIE SHORE INC. DBA BOTNICK PRODUCE, ET AL
VENUE: DISTRICT OF NY
DOCKET: 07 CV 3604 (LBS/DFE)

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.