AO 440 (Rev. 10/93) Summons in a Civil Action          **RETURN OF SERVICE**

SERVICE OF:          SUMMONS, AMENDED COMPLAINT, COPY OF THE JUDGE'S RULES, USDC/SDNY INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, USDC/SDNY PROCEDURES FOR ELECTRONIC CASE FILING, USDC/SDNY GUIDELINES FOR ELECTRONIC CASE  FILING

EFFECTED (1) BY ME:    LUIZA DYMITRYSZYN

TITLE:          PROCESS SERVER                        DATE: 06/22/2007  05:52PM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

DOUGLAS BOTNICK

Place where served:

10 GRANT ST.  SOUTH RIVER NJ 08882

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

ALBA BOTNICK

Relationship to defendant: SISTER-IN-LAW

Description of person accepting service:

SEX: F__ AGE: 36-50__ HEIGHT: 5'4"-5'8"__ WEIGHT: 131-160 LBS.__    SKIN: WHITE__  HAIR: BROWN__  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

FILED

Stamped copy will
arrive shortly

---

**STATEMENT OF SERVER**

TRAVEL $ _____.____          SERVICES $ _____.____          TOTAL $ _____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 06 22 2007

SIGNATURE OF LUIZA DYMITRYSZYN
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

06/22/07

JACKELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec 7, 2010

ATTORNEY:      LEONARD KREINCES, ESQ.
PLAINTIFF:      D'ARRIGO BROS. CO. OF NY
DEFENDANT:      EDDIE SHORE INC. DBA BOTNICK PRODUCE, ET AL
VENUE:          DISTRICT OF NY
DOCKET:          07 CV 3604 (LBS/DFE)

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action                 **RETURN OF SERVICE**

SERVICE OF:          SUMMONS, AMENDED COMPLAINT, COPY OF THE JUDGE'S RULES, USDC/SDNY INSTRUCTIONS FOR
FILING AN ELECTRONIC CASE OR APPEAL, USDC/SDNY PROCEDURES FOR ELECTRONIC CASE FILING, USDC/SDNY GUIDELINES
FOR ELECTRONIC CASE  FILING
EFFECTED (1) BY ME:      LUIZA DYMITRYSZYN
TITLE:          PROCESS SERVER                          DATE: 06/22/2007  05:55PM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

EDDIE SHORE DBA BOTNICK PRODUCE

Place where served:

0 GRANT ST.  SOUTH RIVER NJ 08882

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing
therein. Name of person with whom the summons and complaint were left:

DBA BOTNICK

Relationship to defendant: SISTER-IN-LAW

Description of person accepting service:

SEX: F   AGE: 36-50   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.      SKIN: WHITE   HAIR: BROWN   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

FILED

Stamped copy will
arrive shortly

---

**STATEMENT OF SERVER**

TRAVEL $ _____.___          SERVICES $ _____.___          TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in
this Return of Service and Statement of Server is true and correct.

DATE: 06/ 22/ 20 07        _____ L.S.
                            SIGNATURE OF LUIZA DYMITRYSZYN
                            GUARANTEED SUBPOENA SERVICE, INC.
                            2009 MORRIS AVENUE
                            UNION, NJ 07083

                                                        06/22/07

                                            JACKELINE GONZALEZ
                                            NOTARY PUBLIC OF NEW JE...
                                            My Commission Expires Dec. 7 ...

ATTORNEY:      LEONARD KREINCES, ESQ.
PLAINTIFF:      D'ARRIGO BROS. CO. OF NY
DEFENDANT:    EDDIE SHORE INC. DBA BOTNICK PRODUCE, ET AL
VENUE:          DISTRICT OF NY
DOCKET:        07 CV 3604 (LBS/DFE)

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RR

AO 440 (Rev. 10/93) Summons in a Civil Action          RETURN OF SERVICE

SERVICE OF:        SUMMONS, AMENDED COMPLAINT, COPY OF THE JUDGE'S RULES, USDC/SDNY INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, USDC/SDNY PROCEDURES FOR ELECTRONIC CASE FILING, USDC/SDNY GUIDELINES FOR ELECTRONIC CASE FILING
EFFECTED (1) BY ME:    LUIZA DYMITRYSZYN
TITLE:    PROCESS SERVER                    DATE: 06/22/2007  05:53PM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

STEPHEN BOTNICK _____

Place where served:

10 GRANT ST.  SOUTH RIVER NJ 08882 _____

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

ALBA BOTNICK _____

Relationship to defendant: WIFE _____

Description of person accepting service:

SEX: F__ AGE: 36-50__ HEIGHT: 5'4"-5'8"__ WEIGHT: 131-160 LBS.____   SKIN: WHITE__   HAIR: BROWN__ OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

FILED

_____

**STATEMENT OF SERVER**

TRAVEL $ _____.____          SERVICES $ _____.____          TOTAL $ _____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 06/22/20 07               _____ L.S.
                                SIGNATURE OF LUIZA DYMITRYSZYN
                                GUARANTEED SUBPOENA SERVICE, INC.
                                2009 MORRIS AVENUE
                                UNION, NJ 07083

                                                      06/22/07
ATTORNEY:    LEONARD KREINCES, ESQ.
PLAINTIFF:   D'ARRIGO BROS. CO. OF NY
DEFENDANT:   EDDIE SHORE INC. DBA BOTNICK PRODUCE, ET AL      JACQUELINE GONZALEZ
VENUE:       DISTRICT OF NY                                   NOTARY PUBLIC OF NEW JERSEY
DOCKET:      07 CV 3604 (LBS/DFE)                             Commission Expires Dec 7, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RR