AO 440 (Rev. 10/93) Summons in a Civil Action       **RETURN OF SERVICE**

SERVICE OF:      SUMMONS, AMENDED COMPLAINT, COPY OF THE JUDGE'S RULES, USDC/SDNY INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, USDC/SDNY PROCEDURES FOR ELECTRONIC CASE FILING, USDC/SDNY GUIDELINES FOR ELECTRONIC CASE FILING

EFFECTED (1) BY ME:    LUIZA DYMITRYSZYN

TITLE:      PROCESS SERVER                DATE: 06/22/2007  05:52PM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

DOUGLAS BOTNICK

Place where served:

10 GRANT ST.  SOUTH RIVER NJ 08882

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

ALBA BOTNICK

Relationship to defendant: SISTER-IN-LAW

Description of person accepting service:

SEX: F__ AGE: 36-50__ HEIGHT: 5'4"-5'8"__ WEIGHT: 131-160 LBS.__    SKIN: WHITE__ HAIR: BROWN__ OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

FILED

Stamped copy will
arrive shortly

---

**STATEMENT OF SERVER**

TRAVEL $ ____.____       SERVICES $ ____.____       TOTAL $ ____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 06/22/20 07             _____
                                    SIGNATURE OF LUIZA DYMITRYSZYN
                                    GUARANTEED SUBPOENA SERVICE, INC.
                                     2009 MORRIS AVENUE
                                     UNION, NJ 07083

06/22/07

JACKELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec 7, 2010

ATTORNEY:     LEONARD KREINCES, ESQ.

PLAINTIFF:      D'ARRIGO BROS. CO. OF NY

DEFENDANT:    EDDIE SHORE INC. DBA BOTNICK PRODUCE, ET AL

VENUE:        DISTRICT OF NY

DOCKET:      07 CV 3604 (LBS/DFE)

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action                    RETURN OF SERVICE

SERVICE OF:            SUMMONS, AMENDED COMPLAINT, COPY OF THE JUDGE'S RULES, USDC/SDNY INSTRUCTIONS FOR
FILING AN ELECTRONIC CASE OR APPEAL, USDC/SDNY PROCEDURES FOR ELECTRONIC CASE FILING, USDC/SDNY GUIDELINES
FOR ELECTRONIC CASE  FILING
EFFECTED (1) BY ME:     LUIZA DYMITRYSZYN
TITLE:                  PROCESS SERVER                              DATE: 06/22/2007  05:55PM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

EDDIE SHORE DBA BOTNICK PRODUCE

Place where served:

0 GRANT ST.  SOUTH RIVER NJ 08882

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing
therein. Name of person with whom the summons and complaint were left:

LBA BOTNICK

Relationship to defendant: SISTER-IN-LAW

Description of person accepting service:

SEX: F  AGE: 36-50   HEIGHT: 5'4"-5'8"    WEIGHT: 131-160 LBS.      SKIN: WHITE    HAIR: BROWN   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

FILED
Stamped copy will
arrive shortly

STATEMENT OF SERVER

TRAVEL $ _____.___          SERVICES $ _____.___          TOTAL $ _____.___

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in
this Return of Service and Statement of Server is true and correct.

DATE: 06/ 22/ 20 07          _____ L.S.
                             SIGNATURE OF LUIZA DYMITRYSZYN
                             GUARANTEED SUBPOENA SERVICE, INC.
                             2009 MORRIS AVENUE
                             UNION, NJ 07083

                                                              06/22/07

                                                         JACKELINE GONZALEZ
                                                         NOTARY PUBLIC OF NEW JE...
                                                         My Commission Expires Dec. 7 ...

ATTORNEY:      LEONARD KREINCES, ESQ.
PLAINTIFF:     D'ARRIGO BROS. CO. OF NY
DEFENDANT:     EDDIE SHORE INC. DBA BOTNICK PRODUCE, ET AL
VENUE:         DISTRICT OF NY
DOCKET:        07 CV 3604 (LBS/DFE)

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action                **RETURN OF SERVICE**

SERVICE OF:          SUMMONS, AMENDED COMPLAINT, COPY OF THE JUDGE'S RULES, USDC/SDNY INSTRUCTIONS FOR
FILING AN ELECTRONIC CASE OR APPEAL, USDC/SDNY PROCEDURES FOR ELECTRONIC CASE FILING, USDC/SDNY GUIDELINES
FOR ELECTRONIC CASE FILING
EFFECTED (1) BY ME:    LUIZA DYMITRYSZYN
TITLE:          PROCESS SERVER                       DATE: 06/22/2007  05:53PM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

STEPHEN BOTNICK

Place where served:

10 GRANT ST.  SOUTH RIVER NJ 08882

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing
therein. Name of person with whom the summons and complaint were left:

ALBA BOTNICK

Relationship to defendant: WIFE

Description of person accepting service:

SEX: F   AGE: 36-50   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.      SKIN: WHITE   HAIR: BROWN   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

FILED
Scanned copy will
arrive shortly

---

**STATEMENT OF SERVER**

TRAVEL $ _____.____          SERVICES $ _____.____          TOTAL $ _____.____

---

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in
this Return of Service and Statement of Server is true and correct.

DATE: 06/22/20 07              _____ L.S.
                              SIGNATURE OF LUIZA DYMITRYSZYN
                              GUARANTEED SUBPOENA SERVICE, INC.
                              2009 MORRIS AVENUE
                              UNION, NJ 07083

                                                      06/22/07
ATTORNEY:    LEONARD KREINCES, ESQ.
PLAINTIFF:   D'ARRIGO BROS. CO. OF NY              JACQUELINE GONZALEZ
DEFENDANT:   EDDIE SHORE INC. DBA BOTNICK PRODUCE, ET AL     NOTARY PUBLIC OF NEW JERSEY
VENUE:       DISTRICT OF NY                        Commission Expires Dec 7, 2010
DOCKET:      07 CV 3604 (LBS/DFE)

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.