```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-31-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

D'ARRIGO BROS. CO. OF NEW YORK, INC.,

           Plaintiff,

-against-

EDDIE SHORE INC. d/b/a BOTNICK PRODUCE, DOUGLAS BOTNICK and STEPHEN BOTNICK,

           Defendant.

Case No.: 07 CV 3604 (LBS/DFE)

**DEFAULT JUDGMENT**

---

This action having been commenced on May 7, 2007, by the filing of the Summons and Complaint, and thereafter, a copy of the Summons and Amended Complaint was served on the defendants, EDDIE SHORE INC. d/b/a BOTNICK PRODUCE, DOUGLAS BOTNICK and STEPHEN BOTNICK, and proof of such service having been filed with the Court, and time for the defendants, EDDIE SHORE INC. d/b/a BOTNICK PRODUCE, DOUGLAS BOTNICK and STEPHEN BOTNICK, to answer the Amended Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against the defendants, EDDIE SHORE INC. d/b/a BOTNICK PRODUCE, DOUGLAS BOTNICK and STEPHEN BOTNICK, in the liquidated amount of TWENTY TWO THOUSAND NINE HUNDRED TWENTY-FIVE and 00/100 ($22,925.00) DOLLARS, with interest at nine percent (9%) from September 9, 2006 in the amount of ONE THOUSAND EIGHT HUNDRED FIFTY-SIX and 88/100 ($1,856.88) DOLLARS, plus costs and disbursements of this action in the amount of ONE HUNDRED NINETY and 00/100 ($190.00) DOLLARS amounting in all to TWENTY FOUR THOUSAND NINE HUNDRED SEVENTY-ONE and 88/100 ($24,971.88) DOLLARS.

Dated: New York, New York
       July 30, 2007

                                      _____
                                      U.S.D.J.

                                   This document was entered on the
                                   docket on _____.